IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

MARLENE ROCK,                                          )        1:07cv0065 BAK [DLB]
                                                       )
                                                       )        ORDER GRANTING
                                                       )        STIPULATION FOR AWARD
                     Plaintiff,                        )        OF ATTORNEY FEES UNDER THE
                                                       )        EQUAL ACCESS TO JUSTICE ACT
       vs.                                             )
                                                       )        (Document 23)
MICHAEL J. ASTRUE, Commissioner,                       )
                                                       )
                                                       )
                     Defendant.                        )
_____ )

       On May 12, 2009, the parties filed a stipulation for the award and payment of attorney fees

under the Equal Access to Justice Act ("EAJA").  28 U.S.C. § 2412(d).

       The stipulation is GRANTED.  Pursuant to the terms of the stipulation, Plaintiff's counsel

Brian C. Shapiro is awarded fees, costs and expenses under EAJA in the amount of $4,750.00.  This

award is without prejudice to the rights of Plaintiff's counsel to seek attorney fees under

42 U.S.C. § 406.

       IT IS SO ORDERED.

       **Dated:   September 30, 2009**              _____  **/s/ Dennis L. Beck**_____
                                                        UNITED STATES MAGISTRATE JUDGE

1